NOAH G. BLECHMAN, SBN 197167
**McNAMARA, NEY, BEATTY, SLATTERLY,**
**BORGES & AMBACHER LLP**
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203
Electronic Mail: Noah.Blechman@mcnamaralaw.com

Attorneys for Defendant,
CITY OF BRENTWOOD

JOHN L. BURRIS, ESQ., SBN 69888
BEN NISENBAUM, ESQ., SBN 222173
JAMES COOK ESQ., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@hotmail.com
james.cook@johnburrislaw.com

Attorneys for Plaintiff,
FREDDIE DAVIS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE DAVIS, individually and as successor-in-interest to Decedent MICHAEL BROWN,<br><br>                              Plaintiff,<br>        vs.<br><br>CITY OF BRENTWOOD, a municipal corporation; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>                              Defendants. | . Case No.: 3:18-cv-1207 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO SEEK LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**Trial Date**: September 16, 2019 |

The parties, by and through their attorneys, have met and conferred regarding Plaintiff

FREDDIE DAVIS' ("Plaintiff") complaint and agreed that Plaintiff should be given more time to

seek leave to file an amended complaint. Originally, the Court issued an order that set the deadline to seek leave to amend the complaint for June 22, 2018. However, Defendant needs more time to produce responsive documents necessary for Plaintiff to evaluate and determine if he needs to seek leave to amend the complaint. Based on the above the parties have agreed to stipulate to the following:

　　　　1.　　The parties stipulate that Plaintiff's deadline to seek leave to file an amended complaint is extended from June 22, 2018 to July 13, 2018.

　　　　2.　　In light of the current procedural posture, the parties believe good cause exists to provide extra time for Plaintiff to seek leave to file an amended complaint, if need be.


DATED: June 22, 2018　　　　　　　　　　　McNAMARA, NEY, BEATTY, SLATTERY,
　　　　　　　　　　　　　　　　　　　　　BORGES & AMBACHER LLP


　　　　　　　　　　　　　　　　　　　　　By:/s/ Noah G. Blechman
　　　　　　　　　　　　　　　　　　　　　NOAH G. BLECHMAN
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　CITY OF BRENTWOOD



DATED: June 22, 2018　　　　　　　　　　　JOHN L. BURRIS LAW OFFICES


　　　　　　　　　　　　　　　　　　　　　By:/s/ James Cook
　　　　　　　　　　　　　　　　　　　　　JAMES COOK
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　FREDDIE DAVIS

1

## **ORDER**

2

Good cause has been demonstrated to allow Plaintiff additional time to seek leave to file an

3

amended complaint by July 13, 2018.

4

5

IT IS SO ORDERED.

6

7

8  DATED:_____          By:_____
                                              HON. WILLIAM H. ORRICK
9                                             United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28