NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
City of Brentwood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE DAVIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BRENTWOOD, a municipal corporation; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Brentwood Police Department,<br><br>Defendants. | Case No. C18-01207 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's Complaint, the entire action, against Defendant City of Brentwood, and any and all other named parties, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///

///

STIPULATION AND ORDER DISMISSING
ENTIRE ACTION, WITH PREJUDICE – Case No.
C18-01207 WHO

| | |
|---|---|
| Dated: July 11, 2018 | JOHN L. BURRIS LAW OFFICES |
| | By: ___/s/ Cook, James___<br>James Cook<br>Attorney for Plaintiff<br>Freddie Davis |
| Dated: July 11, 2018 | MCNAMARA, NEY, BEATTY, SLATTERY,<br>BORGES & AMBACHER LLP |
| | By: ___/s/ Blechman, Noah___<br>Noah G. Blechman<br>Amy S. Rothman<br>Attorneys for Defendant<br>City of Brentwood |

## **ORDER**

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal.

IT IS SO ORDERED

DATED:_____    By:_____
HON. WILLIAM H. ORRICK
United States Magistrate Judge